Jessie A. MOORE, Plaintiff—Appellant,

v.

Kevin STRICKLAND, Police Detective; Dean Murphy, Supervisor; David Byorlin, District Attorney, Defendants—Appellees.

No. 05–7633.

United States Court of Appeals, Fourth Circuit.

Submitted March 30, 2006.

Decided April 7, 2006.

Jessie A. Moore, Appellant Pro Se.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jessie A. Moore appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Moore v. Strickland,* No. CA–05–426–1 (M.D.N.C. Sept. 19, 2005). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*